FEBRUARY 24, 1955

**No. 58787.**—C. M. Van Sillevoldt, Inc. *v.* United States, protest 226112–K.

Plaintiff's application for rehearing granted.

FEBRUARY 23, 1955

**No. 58788.**—SUITS 4822 and 4824.—United States *v.* The Crosse & Blackwell Company and The Crosse & Blackwell Company *v.* United States.—

D. 1607 affirmed December 21, 1954. C. A. D. 579.